SHARON WROBLEWSKI, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent
Wroblewski v. Commissioner
Docket No. 4424-99
United States Tax Court
2000 U.S. Tax Ct. LEXIS 53; February 29, 2000, Entered *53 Thomas B. Wells, Judge. Thomas B. Wells
ORDER AND DECISION
Pursuant to the opinion of the Court as set forth in the pages of the transcript of the proceedings before the undersigned Judge at San Diego, California, containing oral findings of fact and opinion therein, it is
ORDERED that respondent's Motion for Summary Judgment, filed January 6, 2000, is granted. It is further
ORDERED that respondent's Motion for Damages Under I.R.C. sec. 6673(a) (1), filed February 14, 2000 is granted. It is further
ORDERED and DECIDED that there are deficiencies in petitioner's 1994, 1995, and 1996 Federal Income taxes in the amounts of $ 34,303, $ 6,838, and $ 32,374, respectively, and additions to tax for taxable years 1994, 1995, and 1996 pursuant to section 6651(a) (1) in the amounts of $ 8,550.75, 1,709.50, and $ 8,093.50, respectively. It is further
ORDERED and DECIDED that pursuant to section 6673(a) petitioner is shall pay a penalty in the amount of $ 5,000.
Thomas B. Wells
Judge
Entered: FEB 29 2000